**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:                                                                    Case No.: 6:16-bk-08149-KSJ
      **Hope G Reyes**
                                                   **Chapter 13**
      **Debtor.**
_____/

## MOTION TO MODIFY ORDER CONFIRMING CHAPTER 13 PLAN

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

PURSUANT TO LOCAL RULE 2002-04, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT THE UNITED BANKRUPTCY COURT, GEORGE C. YOUNG FEDERAL COURTHOUSE, 400 W. WASHINGTON ST., STE 5100, ORLANDO, FL 32801, AND SERVE A COPY ON THE MOVANTS' ATTORNEY, JOEL L. GROSS, ESQ. 655 WEST HIGHWAY 50, SUITE 101, CLERMONT, FLORIDA 34711, AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED.

IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING, OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED AT THE HEARING. IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

      COMES NOW the Debtor, Hope G Reyes, by and through the undersigned attorney, and files this Motion to Modify Order Confirming Chapter 13 Plan, and in support of thereof states the following:

1. The Order Confirming Chapter 13 Plan was entered in this case on July 31, 2017.
2. The Debtor was in an accident which totaled her vehicle and had to purchase another as means for transportation to and from work and medical appointments.
3. Schedule J has been amended to reflect the monthly vehicle payment (Doc. No. 26).

4. The Debtor is also anticipating many medical bills and much out of pocket expenses in the near future due to newly developed medical issues.

5. The Debtor is requesting that the payment to the unsecured creditors be spread throughout the course of the 60 month plan as her disposable income has been decreased and lower her payment during her medical procedures.

6. The plan will be modified pursuant to the attached spreadsheet (Exhibit A).

7. No creditors will be prejudiced by this modification.

8. The Debtor's general unsecured creditors are receiving no less under this proposal than they were to receive under the Confirmed Plan. Per Laurie Weatherford's website, the percentage of distribution received by the unsecured claim holders is 100%.

9. The Debtor proposes that all of the terms and conditions of the Order Confirming Chapter 13 Plan shall remain the same.

WHEREFORE, the Debtor respectfully requests this Honorable Court grant this Motion to Modify Order Confirming Chapter 13 Plan and pray the Court will:

a. Grant this Motion and enter an order modifying the Order Confirming Chapter 13 Plan as proposed herein;

b. Grant such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing Motion to Modify Order Confirming Chapter 13 Plan has been served electronically, and when appropriate by regular United States Mail, to the all creditors listed on the Clerk's mailing list dated this 25th day of September, 2017.

/s/ Joel L. Gross, Esq.
Joel. L. Gross Esq.
FBN 419796
The Law Office of Joel L. Gross, P.A.
655 West Highway 50, Suite 101
Clermont, Florida 34711
(352) 536-6288 Phone
(352) 536-2452 Fax
jlgpa@cfl.rr.com